James W. Moller
Attorney at Law
8655 SW Citizens Drive, Ste. 104
Wilsonville, OR 97070
(971-224-4195
attyjmoller@aol.com
Of Attorneys for the Plaintiff

Brent Wells
HARDER, WELLS, BARON & MANNING, PC
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
bwells@hwbm.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEREMY A. QUAITE, | Case No. 6:16-cv-01884-PK |
| Plaintiff, | |
| vs. | ORDER FOR PAYMENT OF ATTORNEY |
| COMMISSIONER, Social Security Administration, | FEES PURSUANT TO EAJA |
| Defendant. | |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,000.00 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff*, the award shall be made payable to Plaintiff's attorneys, Harder, Wells, Baron & Manning, P.C., if the Commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program. There are no costs or expenses to be paid herein.

Dated this 19th day of January 2018.

_____
U.S. District Judge/Magistrate Judge

PRESENTED BY:
s/ James W. Moller
James W. Moller
OSB #813201
Of Attorneys for Plaintiff

s/ Brent Wells
Brent Wells
OSB #85403
Of Attorneys for Plaintiff